# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO ESCOBEDO ALANIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 8:20-cv-00032-KK<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $1,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  July 21, 2020

　　　　　　　　　　　　　　　　　／s／ Kenly Kiya Kato
　　　　　　　　　　　　　　　　THE HONORABLE KENLY KIYA KATO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE